1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC C. AMENT, Bar #59080
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JUSTIN DYLAN GIPSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )   No. 1:08-cr-0261 AWI
12                  Plaintiff,         )
                                       )   STIPULATION TO CONTINUE STATUS
13           v.                        )   CONFERENCE;  ORDER
                                       )
14  JUSTIN DYLAN GIPSON,               )
                                       )   Date:   January 20, 2009
15                  Defendant.         )   Time:   9:00 a.m.
                                       )   Judge: Honorable Anthony W. Ishii
16  _____)

17          **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference

18  in the above-entitled matter now set for December 1, 2008, **may be continued to January 20, 2009, at**

19  **9:00 a.m.**

20          This continuance is requested by counsel for defendant to allow time to examine forensic reports

21  and for other defense preparation.  The requested continuance will conserve time and resources for both

22  counsel and the court.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in

2 that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

3 in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the

4 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5

6                                McGREGOR W. SCOTT
                               United States Attorney

7

8 DATED: November 24, 2008        By:   /s/  Sheila K. Oberto
                               SHEILA K. OBERTO

9                                Assistant U.S. Attorney
                               Attorney for Plaintiff

10

11

12                                DANIEL J. BRODERICK
                               Federal Defender

13

14 DATED: November 24, 2008      By:   /s/  Marc C. Ament
15                                MARC C. AMENT
                               Assistant Federal Defender

16                                Attorney for Defendant

17

18

19                         **ORDER**

20      **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For

21 the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best

22 interest of the public and the defendant in a speedy trial.

23

24 IT IS SO ORDERED.

25 **Dated:  December 1, 2008**               **/s/ Anthony W. Ishii**

26                             CHIEF UNITED STATES DISTRICT JUDGE

27

28